In the Matter of the Accounting of AARON P. GARRA-
BRANT, as Executor and Trustee, and of ANNIS E.
CLARKE, as Executrix of LAURA A. KLUGH, a Deceased
Executrix of and Trustee under the Will of HENRY E.
KLUGH, Deceased, Appellants.

AARON D. KLUGH et al., Respondents.

*Matter of Garrabrant,* 176 App. Div. 186, affirmed.
(Submitted April 17, 1917; decided May 1, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 12, 1917, which modified and affirmed as modi-
fied a decree of the New York County Surrogate's Court
judicially settling the accounts of the appellants and
directing distribution of the estate. Henry E. Klugh
left no issue surviving him. By his will he gave to his
wife, Laura A. Klugh, a life estate in his real property,
subject to a power of sale, with her consent, in his execu-
tors, and created a trust of the proceeds of the real prop-
erty when sold and of his personal property, the income
of which he gave to his wife for life, and directed that
upon her death the executors should convert his estate
into money and pay the same over to his nephews and
nieces and a grandnephew, nineteen in number. By the
surrogate's decree the accountants were surcharged cer-
tain sums paid from principal for taxes, assessments,
insurance and repairs on real property, on the ground
that they should have been paid by the life tenant from
income.

*Charles P. Hallock* for appellants.

*Charles E. Thorn* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.